```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
                          RENO, NEVADA
```

MICHAEL S. IOANE,                 )   3:07-CV-218-ECR
                                  )
    Plaintiff,                    )   MINUTES OF THE COURT
                                  )
vs.                               )   DATE: January 23, 2009
                                  )
UNITED STATES,                    )
                                  )
    Defendant.                    )
_____)

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:   ROSEMARY DAMRON      Reporter:   NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On March 28, 2008, Defendant filed a Motion (#28) for Summary Judgment pursuant to Fed. R. Civ. P. 56(c). Plaintiff filed a response (#31) to the motion (#28), indicating that he had received the documents he had requested under the Freedom of Information Act. Plaintiff acknowledged that he was "not [o]pposed to this litigation being dismissed."

    **IT IS, THEREFORE, HEREBY ORDERED** that Defendants' Motion for Summary Judgment (#28) is **GRANTED**.

    The Clerk shall enter judgment accordingly.

                                         LANCE S. WILSON, CLERK

                                         By    /s/
                                             Deputy Clerk