AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\***\*\***\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_\_\_\_

MICHAEL S. IOANE,

    Plaintiff,

V.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:07-CV-00218-ECR-VPC**

UNITED STATES,

    Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (#28) is GRANTED.

   January 26, 2009                      **LANCE S. WILSON**
                                                                      Clerk

                                                                    /s/ P. McDonald
                                                                     Deputy Clerk